# ATTACHMENT A

US008149113B2

(12) **United States Patent**
**Diem**

(10) **Patent No.: US 8,149,113 B2**
(45) **Date of Patent: *Apr. 3, 2012**

(54) **APPARATUS AND METHOD FOR CONVEYING LOCATION EVENT INFORMATION BASED ON ACCESS CODES**

(76) Inventor: **Darrell Diem**, Madison, AL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 552 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/428,008**

(22) Filed: **Apr. 22, 2009**

(65) **Prior Publication Data**

US 2009/0207015 A1 Aug. 20, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 11/335,699, filed on Jan. 20, 2006, now Pat. No. 7,525,425.

(51) **Int. Cl.**
*G08B 1/08* (2006.01)
*G01C 21/00* (2006.01)
*H04M 11/04* (2006.01)

(52) **U.S. Cl.** ........... **340/539.13**; 340/539.11; 340/573.3; 340/5.2; 340/5.74; 340/8.1; 455/404.2; 455/414.12; 455/456.1; 701/213

(58) **Field of Classification Search** .............. 340/539.13
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,757,916 A 5/1998 MacDoran et al.
5,982,281 A * 11/1999 Layson, Jr. ............... 340/539.13
6,553,308 B1 4/2003 Uhlmann et al.
6,618,593 B1 9/2003 Drutman et al.
6,687,504 B1 2/2004 Raith
6,691,032 B1 2/2004 Irish et al.
6,801,850 B1 10/2004 Wolfson
6,806,814 B1 10/2004 Iverson et al.
6,813,501 B2 11/2004 Kinnunen et al.
6,847,892 B2 1/2005 Zhou et al.
6,850,252 B1 2/2005 Hoffberg
6,867,733 B2 3/2005 Sandhu et al.
6,879,835 B2 4/2005 Greene et al.
6,888,936 B1 5/2005 Groen et al.
6,952,181 B2 10/2005 Karr et al.
7,000,015 B2 2/2006 Moore et al.

(Continued)

OTHER PUBLICATIONS

GPS Personal Tracker—Personal Tracking System—GPS Based Personal Locator—DPS Personal Security, [online] [Retrieved on Mar. 16, 2006], Retrieved from the Internet: <URL: http://www.laipac.com/personal_locator_gps.htm>.

(Continued)

*Primary Examiner* — Donnie Crosland
(74) *Attorney, Agent, or Firm* — Robert Babayi

(57) **ABSTRACT**

An improved system and method for defining an event based upon an object location and a user-defined zone and managing the conveyance of object location event information among computing devices where object location events are defined in terms of a condition based upon a relationship between user-defined zone information and object location information. One or more location information sources are associated with an object to provide the object location information. One or more user-defined zones are defined on a map and one or more object location events are defined. The occurrence of an object location event produces object location event information that is conveyed to users based on user identification codes. Accessibility to object location information, zone information, and object location event information is based upon an object location information access code, a zone information access code, and an object location event information access code, respectively.

**62 Claims, 21 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,116,985 | B2 | 10/2006 | Wilson et al. |
| 7,123,926 | B2 | 10/2006 | Himmelstein |
| 7,130,611 | B2 | 10/2006 | Kimura et al. |
| 7,138,913 | B2 | 11/2006 | MacKenzie et al. |
| 7,164,986 | B2 | 1/2007 | Humphries et al. |
| 7,181,227 | B2 | 2/2007 | Wilson et al. |
| 7,190,960 | B2 | 3/2007 | Wilson et al. |
| 7,203,752 | B2 | 4/2007 | Rice et al. |
| 7,236,100 | B2 | 6/2007 | Obradovich et al. |
| 7,259,668 | B2 | 8/2007 | Casey |
| 7,275,102 | B2 | 9/2007 | Yeager et al. |
| 7,295,119 | B2 | 11/2007 | Rappaport et al. |
| 7,327,258 | B2 | 2/2008 | Fast et al. |
| 7,336,964 | B2 | 2/2008 | Casey |
| 7,359,716 | B2 | 4/2008 | Rowitch et al. |
| 7,379,729 | B2 | 5/2008 | Holland et al. |
| 7,423,535 | B2 | 9/2008 | Chung et al. |
| 7,474,896 | B2 | 1/2009 | Mohi et al. |
| 7,489,993 | B2 | 2/2009 | Coffee et al. |
| 7,503,074 | B2 | 3/2009 | Dublish et al. |
| 7,509,116 | B2 | 3/2009 | Fan et al. |
| 7,518,500 | B2 | 4/2009 | Aninye et al. |
| 7,522,634 | B2 | 4/2009 | Casey et al. |
| 7,525,425 | B2 | 4/2009 | Diem |
| 7,525,426 | B2 | 4/2009 | Edelstein et al. |
| 7,525,484 | B2 | 4/2009 | Dupray et al. |
| 7,526,800 | B2 | 4/2009 | Wright et al. |
| 7,787,872 | B2 | 8/2010 | Minborg et al. |
| 7,791,472 | B2 | 9/2010 | Agrawal et al. |
| 2004/0243308 | A1 | 12/2004 | Irish et al. |
| 2005/0215243 | A1 | 9/2005 | Black et al. |
| 2007/0060108 | A1 | 3/2007 | East et al. |
| 2007/0087828 | A1 | 4/2007 | Robertson |
| 2007/0149208 | A1 | 6/2007 | Syrbe et al. |
| 2008/0065320 | A1 | 3/2008 | Irish et al. |
| 2008/0261624 | A1 | 10/2008 | Moton et al. |
| 2009/0207015 | A1 | 8/2009 | Diem |

OTHER PUBLICATIONS

GPS Track Masters [online] [Retrieved on Mar. 16, 2006], Retrieved from the Internet: <URL: http://www.gpstrackmasters.com/>.

Fleet Hawk—Fleet Management System, [online] [Retrieved Mar. 16, 2006], Retrieved from the Internet: <URL: http://www.skytel.com/products/fleethaw__features.htm>.

GPS Cell Phone Tracking [online] [Retrieved Mar. 16, 2006], Retrieved from the Internet: <URL: http://www.accutracking.com/>.

Wireless Location Services; [online] [Retrieved Mar. 16, 2006] Retrieved from the Internet: <URL: http://www.wherifywireless.com/prod__watches.htm>.

GPS Tracking and Location on Demand; [online] [Retrieved Mar. 16, 2006] Retrieved from the Internet: <URL: http://www.spytechs.com/gps/cyntrx.htm>.

Webtech Wireless—The Quadrant Services Portal; [online] [Retrieved Mar. 16, 2006] Retrieved from the Internet: <URL: http://www.webtechwireless.com/quadrant__portal.htm>.

International Search Report and Written Opinion dated Sep. 22, 2008.

* cited by examiner



100
114a
Satellites
126j
GPS
114b
126a
114b
GPS
114b
GPS
126i
114b
120b
GPS
106
114b
126h
GPS
GPS
114b
126g
124
Digital TV
102
Wireless Telco network
114b
GPS
126b
104
114b
GPS
122a
122b
LINK
PC
108
LINK
PC
GPS
114b
114b
GPS
126e
126f
GPS
114b
Internet
126c
114b
116b
GPS
PDA Phone
SMS
106
Server
MAPS
114b
GPS
110
112
126d
116a
PDA Phone
Wireless Telco network
118a
120a
114b
GPS
118b

FIG. 1





200

Map for: Huntsville, AL Save
Driving Directions: To Here - From Here
Printable Version
Email Map
1
st.
3
city
5
6
7
state
9
10
small map
N
S
E
W
NW
NE
SW
SE
YAHOO!
Rideout Village
Brandontown
Rutledge Heights
Old Monrovia Rd NW
University Dr NW
Summit Place
Indian Hills
208
Bradford Dr NW
206
University Of Alabama-Huntsville
Jordan Ln NW
University Park
Westlawn
Rainbow Gap Estates
Sherwood Park
Skyline Acres
Lynwood Gardens
Old Madison Pike NW
Norfolk Southern
Redstone Arsenal
Metro Kiwanis Sports Park
202
204
1.0 km
0.5 mi
©2005 Yahoo! Inc
©2005 NAVTEQ

FIG. 2



302
Associate User Identification Codes with Computing Devices
304
Associate Location Information Source with an Object
300
306
Define a User-defined Zone
308
Define an Object Location Event Relating Object Location Information to User-define Zone Information
310
Determine an Occurrence of the Object Location Event
312
Convey Object Location Event Information to Computing Devices Based Upon User Identification Codes

FIG. 3



302
Associate User Identification Codes with Computing Devices
400
304
Associate Location Information Source with an Object
402
Associate Object Location Information Access Code with Object Location Information Relating to the Object
404
Convey Object Location Information to Computing Devices Based Upon Object Location Information Access Code and User Identification Codes
306
Define a User-defined Zone
308
Define an Object Location Event Relating Object Location Information to User-defined Zone Information
310
Determine an Occurrence of the Object Location Event
312
Convey Object Location Event Information to Computing Devices Based Upon User Identification Codes

FIG. 4



500
302
Associate User Identification Codes with Computing Devices
304
Associate Location Information Source with an Object
306
Define a User-defined Zone
502
Associate a User-defined Zone Information Access Code with Corresponding User-defined Zone Information
504
Convey User-defined Zone Information to Computing Devices Based Upon a User-defined Zone Information Access Code and User Identification Codes
308
Define an Object Location Event Relating Object Location Information to User-defined Zone Information
310
Determine an Occurrence of the Object Location Event
312
Convey Object Location Event Information to Computing Devices Based Upon User Identification Codes

FIG. 5



302
Associate User Identification Codes with Computing Devices
600
304
Associate Location Information Source with an Object
306
Define a User-defined Zone
308
Define an Object Location Event Relating Object Location Information to User-defined Zone Information
602
Associate Object Location Event Information Access Code with Object Location Event Information Relating to the Object Location Event
310
Determine an Occurrence of the Object Location Event
604
Convey Object Location Event Information to Computing Devices Based Upon Object Location Event Information Access Code and User Identification Codes

FIG. 6



302
Associate User Identification Codes with Computing Devices
700
304
Associate Location Information Source with an Object
402
Associate Object Location Information Access Code with Object Location Information Relating to the Object
404
Convey Object Location Information to Computing Devices Based Upon Object Location Information Access Code and User Identification Codes
306
Define a User-defined Zone
502
Associate a User-defined Zone Information Access Code with Corresponding User-defined Zone Information
504
Convey User-defined Zone Information to Computing Devices Based Upon a User-defined Zone Information Access Code and User Identification Codes
308
Define an Object Location Event Relating Object Location Information to User-defined Zone Information
602
Associate Object Location Event Information Access Code with Object Location Event Information Relating to the Object Location Event
310
Determine an Occurrence of the Object Location Event
604
Convey Object Location Event Information to Computing Devices Based Upon Object Location Event Information Access Code and User Identification Codes

FIG. 7

# Application Launch Screen



FIG. 8

# Main Screen



FIG. 9

# Configuration Screen



FIG. 10

# GPS Screen



FIG. 11

# Tracking Setup Screen



FIG. 12a

# Log File Selection Screen



FIG. 12b

## Map Screen

FIG. 13a

## Data Screen

FIG. 13b

# Zone Screen

FIG. 13c

# Size Screen

FIG. 13d

# About Screen

FIG. 13e

# Group Screen

FIG. 14

# Contact Screen

FIG. 15

# Camera Screen

FIG. 16

# Big Buttons Screen

FIG. 17

# Map Viewer Web Page

1800

**PerDiemCo Map Viewer for displaying Maps created with PerDiemCo Tracking Software.**

**Member links require a user login Code!**

---

| | |
|---|---|
| Location Map | Location Map |
| Track Map | Track Map |
| Photo Map | Photos |
| MEMBER LogIn | LogIn |
| Member Map | Groups |
| Member Zone Tool | Zone Tool |
| Member Photo Map | Photo Maps |
| Member Photo Edit | Picture Edit |
| MEMBER LogOut | LogOut |

FIG. 18

# Contact Viewer Web Page

PerDiemCo Map View - Microsoft Internet Explorer

File Edit View Favorites Tools Help

Back Search Favorites

Address http://www.perdiemco.com/contact.htm

Google cingular sms page

ddiem.com

PerDiemCo Contact Viewer for displaying Contact Map created with PerDiemCo Tracking Software.

This information requires a user access Code!

Please enter Contact ID and Access Code

ContactID

Code

Reset Send now

1900

FIG. 19

# GPS Tracking and Zone Data

2000

FIG. 20

# Zone Creation

BACK

Enter KEY and Target Phone Number: Notify and CC info

0000 | 12565551212 | info@ddiem.com | NA

◉ Zone1 ◎ Zone2 ◎ Public ☑ Track ON [Click]

FIG. 21

# Zone-based Logging



FIG. 22

# Picture Associated with Location

FIG. 23

# APPARATUS AND METHOD FOR CONVEYING LOCATION EVENT INFORMATION BASED ON ACCESS CODES

## CROSS REFERENCES TO RELATED APPLICATIONS

This application is a continuation of the U.S. patent application Ser. No. 11/335,699, Jan. 20, 2006 which is issued as U.S. Pat. No. 7,525,425.

## FIELD OF THE INVENTION

The present invention relates generally to a system and method for defining an event based on the relationship of an object location and a user-defined zone and managing the conveyance of information related to such object location event among computing devices. More particularly, the present invention relates to defining an object location event based on the location of an object relative to a user-defined zone and managing the conveyance of object location event information among computing devices based on user identification codes associated with the computing devices.

## BACKGROUND OF THE INVENTION

Various sources of information are available for determining the location of an object. Such location information sources include Global Positioning System (GPS) receivers, radars, radio frequency identification (RFID) tags, and variety of other technologies that can be used to determine location information pertaining to an object, which might be moving or stationary. Such location information has been used to track vehicles, packages, people, etc. and to enable a variety of location aware applications including location aware toll systems, material handling and supply chain management systems, and the like. Thus far, such location aware applications have mostly involved computing devices specifically programmed to provide location-aware functionality in a useful but predetermined manner. For example, scanners have been used as sources of information to convey the locations of shipping containers as they progress through various stages en route to a destination, where the specific location of a given shipping container on a shipping dock or in a cargo hold can be accessed at any given time via a control system.

Technological advancements in computing devices and information networks, in particular wireless networks, have enabled users of a variety of computing devices such as smart phones, personal digital assistants (PDAs), laptop computers, etc. to access and utilize information in more and more locations. For example, such advances now allow users to wirelessly check their email or to surf the Internet from anywhere that is covered by an appropriate data service. Some computing devices have become equipped with technologies that integrate various sources that provide information about the location of the devices. For example, known mobile devices have been equipped with GPS receivers, which enable the users to know where they are located at any given time.

As sources that offer location information become more useful in computing devices and within information networks, there is a need for a system and method that correlates events with location of objects and conveys information about such events to computing devices.

## SUMMARY OF THE INVENTION

Briefly, the present invention relates to conveying information relating to an object to one or more users. The invention

requires defining a zone by the one or more users. An event is also defined in terms of a condition related to a relationship between an object location and the zone. The condition can relates to entry by the object into the zone, exit by the object from the zone, or proximity of the object to the zone Upon meeting the condition, information regarding the event is conveyed to the at least one of the one or more users. The one or more users can access at least one of the location information, information relating to the zone or conveyed information regarding the event using one or more access control codes. The access control codes can be configured to require multiple levels of access control.

Thus, the present invention relates to a system and method for defining events that are correlated with the location of one or more objects to one or more zones. Hereinafter, such events are referred to as object location events. The object location events can be defined at an application level or a user level. The system and method of the invention also conveys information relating to the object location event to one or more computing devices, which, in an exemplary embodiment of the invention, are associated with corresponding identification codes of one or more users. For example, association of a user identification code with a computing device can be an embedded association (e.g., hard-wired) or it can be based on a user log-in at the computing device. In one embodiment, the object location event relates to information about a location of an object and information about a zone that is defined by a user. The information about the location can be derived from a location information source that is associated with the object. Under this embodiment, the object location event occurs by satisfaction of a defined relationship or condition between the object location information and user-defined zone information. Once the condition is satisfied, information corresponding to the occurrence of the object location event is conveyed to a computing device. In one embodiment of the invention, the information is conveyed to the computing device in accordance with a corresponding user identification code.

In one exemplary embodiment, a user can associate a source of location information with an object and define a zone. Under this arrangement, any other authorized user that has access to information about location of an object and a user-defined zone can also define an object location event for that zone and receive information about occurrence of the event. Under another arrangement, only the user who defines a user-defined zone can define an object location event for that zone.

In a further embodiment, an access code is associated with information about the location of an object. Under this embodiment, the object location information is conveyed to the computing device based upon the user identification code and an access code associated with the location information. Under another arrangement, only the user that associates a source of location information with an object can associate the access code with the object location information as determined by the source of location information.

In yet another embodiment, an access code is associated with the user-defined zone information. Under this embodiment, the user-defined zone information is conveyed to at least one of the computing devices based upon a corresponding user identification code and an access code for the user-defined zone information. Under another arrangement, only the user that defines a user-defined zone can associate the access code with the user-defined zone information.

In still another embodiment, an access code is associated with information about an object location event. Under this embodiment, the information about the object location event

is conveyed to at least one of the computing devices based upon a corresponding user identification code and an access code for the object location event information. Under another arrangement, only the user that defines the object location event can associate the access code with the object location event information.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is described with reference to the accompanying drawings. In the drawings, like reference numbers indicate identical or functionally similar elements. Additionally, the left-most digit(s) of a reference number identifies the drawing in which the reference number first appears.

FIG. **1** illustrates an exemplary information-sharing environment including computing devices having wired or wireless connectivity to the Internet and a map server, and various objects for which location information sources provide object location information;

FIG. **2** illustrates an exemplary map retrieved from the map server of FIG. **1** via the Internet that includes an icon indicating a location of a vehicle relative to three user-defined zones.

FIG. **3** illustrates a first embodiment of a method of the invention where object location event information is conveyed to computing devices based upon user identification codes;

FIG. **4** illustrates a second embodiment of a method of the invention where object location information is conveyed to computing devices based upon an object location information access code and user identification codes, and object location event information is conveyed to computing devices based upon user identification codes;

FIG. **5** illustrates a third embodiment of a method of the invention where user-defined zone information is conveyed to computing devices based upon a user-defined zone information access code and user identification codes, and object location event information is conveyed to computing devices based upon user identification codes;

FIG. **6** illustrates a fourth embodiment of a method of the invention where object location event information is conveyed to computing devices based upon an object location event information access code and user identification codes;

FIG. **7** illustrates a fifth embodiment of a method of the invention where object location information are conveyed to computing devices based upon an object location information access code and user identification codes, user-defined zone information is conveyed to computing devices based upon a user-defined zone information access code and user identification codes, and object location event information is conveyed to computing devices based upon an object location event information access code and user identification codes;

FIG. **8** illustrates an exemplary PDA Application Launch Screen used to begin execution of a Location and Tracking software as implemented according to the present invention;

FIG. **9** illustrates an exemplary Main Screen of the Location and Tracking software from which additional screens are accessed;

FIG. **10** illustrates an exemplary Configuration Screen of the Location and Tracking software used to manage information corresponding to the user of the PDA;

FIG. **11** illustrates an exemplary GPS Screen of the Location and Tracking software used to manage a GPS receiver that is associated with a user's PDA via a Bluetooth connection;

FIG. **12*a*** illustrates an exemplary Tracking Setup Screen of the Location and Tracking software used to control the rate at which GPS data is polled;

FIG. **12*b*** illustrates an exemplary Log File Selection Screen of the Location and Tracking software used to select a log file for storing GPS information;

FIG. **13*a*** illustrates an exemplary Map Screen of the Location and Tracking software used to display a map received from a map server;

FIG. **13*b*** illustrates an exemplary Data Screen of the Location and Tracking software used to manage conveyance of tracking and zone information to specific users based on access codes;

FIG. **13*c*** illustrates an exemplary Zone Screen of the Location and Tracking software used to define user-defined zones;

FIG. **13*d*** illustrates an exemplary Size Screen of the Location and Tracking software used to manage the size and other characteristics of a displayed map;

FIG. **13*e*** illustrates an exemplary About Screen of the Location and Tracking software used to provide a notice concerning Tracking Privacy Issues, software version information, and copyright information;

FIG. **14** illustrates an exemplary Group Screen of the Location and Tracking software used to manage information corresponding to groups of contacts;

FIG. **15** illustrates an exemplary Contact Screen of the Location and Tracking software used to manage information corresponding to contacts;

FIG. **16** illustrates an exemplary Camera Screen of the Location and Tracking software used to manage pictures to be associated with contact location information;

FIG. **17** illustrates an exemplary Big Buttons Screen of the Location and Tracking software used to provide easy access to key application commands while walking or driving;

FIG. **18** illustrates an exemplary Map Viewer Web Page used for displaying maps and other information conveyed by the Location and Tracking software;

FIG. **19** illustrates an exemplary Contact Viewer Web Page used for displaying contact information conveyed by the Location and Tracking software;

FIG. **20** illustrates an exemplary web page-based display of a map overlaid with GPS tracking and zone information conveyed by the Location and Tracking software;

FIG. **21** illustrates an exemplary web page for creation of a zone used by the Location and Tracking software;

FIG. **22** illustrates an exemplary map displayed on a web page depicting logging of contact location information while a contact is within a zone and logging of contact location information when a contact enters or leaves a zone; and

FIG. **23** illustrates an exemplary map displayed on a web page depicting a picture associated with a location of a contact.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention will now be described more fully in detail with reference to the accompanying drawings, in which the preferred embodiments of the invention are shown. This invention should not, however, be construed as limited to the embodiments set forth herein; rather, they are provided so that this disclosure will be thorough and complete and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout.

The present invention provides a system and method for defining an event that relates to a location of an object and managing the conveyance of related information among computing devices associated with corresponding user identifica-

tion codes. In accordance with the present invention, an information-sharing environment consists of a computing network including a map server and computing devices. Objects associated with sources of location information provide object location information comprising one or more coordinates. In an exemplary embodiment, the coordinates correspond to one or more determined locations of the objects within an established coordinate system. In the system and method of the present invention, an object can comprise any device, thing, person or entity that can be located or tracked. A user of a computing device can retrieve a map, for example, from a map server and define a user-defined zone on the map. According to one aspect of the invention, an object location event is defined based on a relationship between one or more object locations and one or more user-defined zones, where the occurrence of the object location event is determined when a condition associated with the relationship is satisfied. Thus, an occurrence of the object location event is determined based on object location information and user-defined zone information. In other words, an object location event is determined based on the location of an object relative to a user-defined zone. More generally, an object location event may be determined based on the location(s) of one or more objects relative to one or more user-defined zones. Upon occurrence of the object location event, object location event information is conveyed to at least one computing device based upon a corresponding user identification code(s) associated with the computing device(s).

The present invention can be implemented in a variety of information-sharing environments. The sharing of information may be managed among a small number of users such as a family or group of friends, or among a very large number of users such as among employees of very large business, or among a worldwide user base such as a might be provided via an Internet service. Furthermore, information-sharing environments may involve information-sharing environments within information-sharing environments. That is, one or more smaller information-sharing environments may overlap or coexist independent of each other within one or more larger information-sharing environments.

In one embodiment, one or more administrators may be given privileges to configure the information-sharing environment. Such configuration could include specifying authorized users of the environment and their access privileges, etc. Such configuration can also define groups of users as part of an established organizational structure associated with the information-sharing environment. Pre-defined zones comprising domains can be configured along with events that define relationships between object locations relative to such domains. Moreover, sources of publicly available object location information, such as weather tracking systems; can also be configured for use with the system and method of the present invention. Because smaller information-sharing environments can exist within larger information-sharing information environments, various levels of administrator privileges can exist. For example, an Internet service based on the present invention can be provided and administered such that anyone having access to the Internet can purchase the service and be an authorized user. A purchaser of the service can set up a company-wide information-sharing environment within the larger world-wide information-sharing environment that includes company employees, affiliates, Board members, guests, etc. A division within a company may set up its own information-sharing environment, and so on. A family can set up its own information-sharing environment and an individual may set up his or her own information-sharing environment. As such, each information-sharing environment can be administered so as to manage conveyance of information among computing devices based on user identification codes. Management of users, groups, domains, and publicly available object location information sources is described in greater detail below.

Referring to FIG. **1**, information-sharing environment **100** includes computing network **102** having wired and wireless network links **104**, **106** and connectivity to the Internet **108** that provides access to a map server **110** and map information **112**. Also shown are objects associated with sources that provide object location information. Location information sources are shown including Global Positioning System (GPS) satellites **114***a* and GPS receivers **114***b*. Examples of various types of computing devices are shown interfacing with the computing network **102** including a PDA **116***a*, PDA having a GPS receiver **116***b*, a wireless smart phone **118***a*, a wireless smart phone having a GPS receiver **118***b*, a laptop computer **120***a*, a laptop computer having a GPS receiver **120***b*, a personal computer **122***a*, a personal computer having a GPS receiver **122***b*, and a digital television **124**. Typically, one or more of the computing devices could be used as a control station. FIG. **1** also illustrates various examples of objects (e.g., devices, things, people, vehicles, animals, etc.) that can be associated with location information sources enabling object location information to be conveyed to computing devices. Examples of such objects depicted in FIG. **1** include a fireman **126***a*, semi truck **126***b*, crate **126***c*, car **126***d*, cow **126***e*, woman **126***f*, soldier **126***g*, child **126***h*, dog **126***i*, and a building **126***j*. Generally, any object can be associated with a location information source in accordance with the present invention including the computing devices themselves. Such objects may be outdoors or indoors and may be included within another object such as, for example, a crate **126***c* within a semi truck **126***b*. Such objects may be mobile or fixed. At any given time, mobile objects may be moving or stationary. An object may located in any place, or be any thing. Examples of a place, or thing, in accordance with the invention include a restaurant, gas station, destination, airport, hospital, first aid station, hazardous location, vehicle repair shop, shopping mall, museum, park, residence, business, train station, bus station, post office, bank, police station, first station, department store, or storage bin.

Although FIG. **1** depicts a wireless network tower to represent wireless connectivity, any of various well known forms of networking technologies such as WI-FI, Wireless USB, cellular, Bluetooth, optical wireless, etc. can be used alone or in combination to provide the wired and/or wireless connectivity among the computing devices. Furthermore, any of various other location information sources can be used in place of or in combination with GPS to provide object location information. Alternative location information sources include cellular network based wide area location systems, infrared-based location systems, ultrasound-based location systems, video surveillance location systems, RF signal-based location systems such as WLAN-based location systems, ultra wideband location systems, and near field electromagnetic ranging location systems. GPS systems may be augmented using space based augmentation systems (SBAS) and/or local area augmentation systems (LAAS), radar-based information sources, and a data file. GPS systems can be outdoor GPS sources or indoor GPS sources. Alternatives to GPS also include GLONASS and Galileo. Generally, any form of location information system can be used that can provide a coordinate of an object allowing an icon indicating the object location to be depicted on a map.

In accordance with the present invention, the users of the computing devices each have user identification codes that

can be associated with the computing devices in order to manage the conveyance of information to the computing devices based upon the identify of the user and information access privileges. Such user identification codes may be managed by a control station or may be established based on user unique user information. Such codes would typically include an identifier (e.g., a user account name or user number) and can be associated with one or more groups, and one or more information access privilege classifications, etc. For example, a given user may be included in a group indicating members of a family, a company, a club, or an association. Similarly, employees of a company may belong to one or more defined groups within the company (e.g., Management, Engineering, Accounting, etc.). Membership within a group may indicate the user can have access to confidential information such as company proprietary information or classified information such as the coordinates of military assets on a battlefield. Access to confidential information may also be based on an access privilege classification, such as a security clearance level. In accordance with the invention, a user's access privileges can change by entering or leaving a domain, for example, the premises of a shopping mall, a particular store within a shopping mall, a museum, a restaurant, an airport, etc. The use of domains in accordance with the present invention is described in greater detail below. Furthermore, user identification codes are typically associated with other user information such as the user name, title, address information, email address, phone numbers, etc. As such, user identification codes can be associated with computing devices and used to manage the conveyance of information among the computing devices. Association of a given user identification code with a given computing device may be via a user login process whereby a user enters a user account name and password. Certain computing devices (e.g., a PDA or smart phone) may allow a user identification code to be embedded or programmed into a computing device's memory such that any user of the computing device is considered to be the user owning the device.

In accordance with the present invention, access codes can be associated with information to manage the conveyance of the information to computing devices. Specifically, an object location information access code can be associated with object location information. A user-defined zone information access code can be associated with user-defined zone information and/or an object location event information access code can be associated with object location event information. These access codes can be used in various ways. In one arrangement, an access code specifies the individual users and/or groups of users having access to the information to which the access code is associated. Such an access code would typically include specific user identification codes and/or group codes. For example, by a user logging into a computing device, a given user identification code is associated with the computing device. The user identification code may also be associated with one or more groups having corresponding group identification codes. The user identification code and group identification code(s) are compared to those included in the access code whereby a match would indicate the user is authorized to receive the information. As such, the information is conveyed to those computing devices that are associated with the users having access to the information as specified by the access code.

Under another arrangement, an access code is assigned to information in the form of a user-defined access code (i.e., a password) that a given user must have knowledge of in order to be granted access to the information. With this approach, the user associating the access code with information defines the user-defined access code and then conveys the user-defined access code to other trusted users to which the user desires to have access to the information. Those trusted users must enter the access code into their computing devices in order to be granted access to the information.

Under still another arrangement, an access code specifies the individual users or groups having access to the information to which the access code is associated provided a given user knows the password. As such, the access code may specify one or more users and/or one or more groups that can enter the appropriate password in order to access the information. With this approach there are two conditions that must be met to gain access, being included on the access list and having knowledge of the password allowing access to information to be managed by changing the access list and/or changing the password.

Under yet another arrangement, an access code may include a clearance classification code such as Proprietary, Confidential, Secret, Top Secret, etc. These access codes may also specify individual users or groups and may be used with passwords. For example, employees of a company having at least a Secret clearance classification that know the password are provided access to certain information. Generally, many different variations of access code approaches can be used to practice the present invention.

FIG. **2** illustrates an exemplary map **200** retrieved via the Internet from a map service provider, such as YAHOO!, displayed on a PDA or other computing device. Any map available from any of various map providers via the Internet can be used in accordance with the present invention. Referring to FIG. **2**, map **200** depicts an area including a portion of Huntsville, Ala. alongside part of Redstone Arsenal, Ala. Shown on the map is an icon **202** that indicates the location of a car equipped or somehow associated with a source of location information, such as GPS. The location information source determines the location of the car and conveys the object location information to the computing environment to which the computing device displaying the map is interfaced. Most location information sources include communications capabilities enabling them to convey object location information. Also shown in FIG. **2** are three user-defined zones **204**, **206**, and **208**. Such user-defined zones can be defined using various graphical techniques such as selecting a point and dragging to another point causing a rectangular shaped zone (like **208**) to be defined. Alternatively, a point can be selected indicating the center of a circular zone and a dragging action made to define a range of the circular zone (like **206**). Various other common drawing techniques such as free form drawing can be used to define a zone not having a basic shape (like **204**). Furthermore, non drawing techniques can be employed to define a user-defined zone including use of coordinates stored in a database. For example, the perimeter coordinates of a surveyed property that are stored in a database could be automatically used to define a user-defined zone in accordance with the invention.

In accordance with the present invention, one or more object location events can be defined relating a given user-defined zone to the location of a given object or objects. Occurrence of an object location event can result in generating relevant information (i.e., object location event information) or performing a function (i.e., object location event function). The object location event function can include generating a time/date stamp, send an email, place a call, sound an alarm, etc. Thus, an object location event in accordance with the invention can require the performance or control of a function based on an object location relative to a user-defined zone. An object location event can, for example,

be defined to occur when a specific object or any one or more objects enter, leave, or are within a defined proximity of a user-defined zone. An object location event may also be defined to occur periodically as long as an object is outside a user-defined zone or inside a user-defined zone. Alternatively, an object location event may be defined to occur when the location of an object is determined to be within a given proximity of a user-defined zone, for example, within 500 feet of a user-defined zone corresponding to the grounds of a school, a shopping mall, a building, an army base, etc. An event may also be defined to occur when one or more objects or specific objects have entered or exited one or user-defined zones or specific user-defined zones.

Referring again to FIG. **2**, an example scenario is described relating the location of the vehicle **202** to the three user-defined zones **204**, **206**, and **208**. The exemplary scenario involves a mother desiring to track the location of a teenage daughter while she drives the vehicle **202**. The vehicle **202** is equipped with a location information source (e.g., a GPS receiver) and is configured to transmit the location of the car at some data rate (e.g., transmits location every 5 seconds) when the car is powered on (i.e., car key is in the on position). The mother sets an object location information access code such that only the mother, specifically, a PDA or other computing device used by the mother, has authorized access to the object location information of the vehicle **202**. The mother and daughter discuss her scheduled activity for the day and the corresponding travel among different places the daughter plans to go. According to the daughter's schedule, the daughter is to attend a softball game at a local ballpark, have lunch with friends at a local restaurant, and then go to a library on the campus of a local university to do research for a paper.

After discussing the daughter's plans for the day, the mother, using a PDA, retrieves a map and defines the three user-defined zones relating to three locations the daughter is supposed to be at during the day. Specifically, the mother creates the three user-defined zones **204**, **206**, **208** corresponding to the ballpark parking lot, restaurant, and university library, respectively, and defines object location events for each user-defined zone. For each of the three user-defined zones **204**, **206**, and **208**, the mother defines an object location event where the mother will receive an email indicating the occurrence and time of the object location events, which correspond to when her daughter's car enters or leaves any of the three user-defined zones. The mother defines each of the three 'leaving user-defined zone' object location events such that when they occur they cause her PDA to make a sound (e.g., beep). The user-defined zones and defined object location events allow the mother to know when the daughter has safely arrived at the three places the daughter is to go that day. Furthermore, when the PDA beeps, the mother knows the daughter is in transit and can view the displayed map on the PDA to watch the icon indicating the location of the car as it travels between the user-defined zones or to home. The emails received based on the defined events provide a record of the daughter's entering and leaving the three user-defined zones and can be used to indicate characteristics of movement including the speed of a vehicle.

FIG. **3** illustrates a first embodiment of a method of the invention where object location event information is conveyed to computing devices based upon user identification codes. Referring to FIG. **3**, a first embodiment of a method **300** of the invention consists of six steps **302-312**. The first step **302** is to associate user identification codes with computing devices. The association can be an embedded association, for example, programming the user identification code in the memory of the computing device, or it can be accomplished via a log-in process at the computing devices using the user identification codes. The second step **304** is to associate a location information source with an object. Such association may involve equipping or attaching the object with or to the source of location information. A third step **306** is to define a zone. The zone can be defined by a user at any time. A fourth step **308** defines an object location event in terms of a relationship between information relating to the object location and user-defined zone. The fifth step **310** is to determine an occurrence of the object location event for example by detecting entry into, exit from or proximity with the user-defined zone. A sixth step **312** is to convey object location event information to computing devices based upon the user identification codes, for example, by sending an e-mail. The step **312** can also involve performing a function such as generating an alarm.

In accordance with one embodiment of the invention, any user can associate a source of location information with an object, define a user-defined zone, and define an object location event. As such, in relation to the example scenario of FIG. **2**, steps **304-308** of method **300** are used by the user (i.e., a mother) to associate a GPS device with her daughter's vehicle and define three user-defined zones corresponding to the ballpark parking lot, restaurant, and university library. The user can also define object location events in terms of conditions that relate to entering into, leaving from or being in the proximity of the three user-defined zones. As stated above, upon the occurrence of the object location events, information can be conveyed to the mother's computing device via emails. Occurrence of event can also result in performance of certain functions, e.g., causing the mother's PDA to beep.

In addition to or alternatively to the event information, object location and/or zone information can be conveyed to the computing devices based on user identification codes, which comprise a first level of access control. The conveyance of any one or combination of the foregoing information, i.e., location, zone and/or event, can be to the same users or groups or different users or groups. A second, third, or additional layers of access control can also be applied to any one or combination of the location, zone and/or event information using corresponding access codes as further described below.

Referring to FIG. **4**, another embodiment of a method **400** of the invention consists of six steps **302-312** of the first method **300** along with two additional steps **402**, **404**. As with the first method **300**, the first two steps **302**, **304** of method **400** associate user identification codes with computing devices and associate a source of location information with an object. With method **400**, however, the added two steps **402**, **404** associate an access code with the object location information and convey the object location information to computing devices based upon the access code of the object location information and user identification codes. The final four steps **306-312** of method **400** are the same as those of method **300**, including conveying object location event information to computing devices based upon user identification codes.

Thus, FIG. **4** illustrates an embodiment where the object location information can be accessed by those users that have knowledge of the access code of the object location information. Under this embodiment, the user can give the access code to other trusted users for accessing the location information. Those having the knowledge of access code for the location information may or may not have access to other information such as the zone or event. Alternatively, users may be granted access to the object location information based on the access code without having knowledge of the access code.

In accordance with another exemplary embodiment, any one user can associate a location information source with an object, define a user-defined zone, and define an object location event. The user that associates a location information source with an object can also associate an access code with the object location information provided by the source. As such, in relation to the example scenario of FIG. **2**, the mother can facilitate the conveyance of the object location information to another trusted user, who has knowledge of the access code, such as the father of the daughter. The mother may or may not allow conveyance of the zone or event information to the father. Alternatively, a user may be granted access to the object location information based on the object location information access code without having knowledge of the access code.

Referring to FIG. **5**, a third embodiment of a method **500** of the invention consists of six steps **302**-**312** of the first method **300** along with two additional steps **502**, **504**. As with the first method **300**, the first three steps **302**, **304**, **306** of method **500** are to associate user identification codes with computing devices, to associate a location information source with an object, and to define a user-defined zone. With method **500**, however, the added two steps **502**, **504** also associate an access code with the user-defined zone information. As a result, zone information can be conveyed to the computing devices based upon the access code for the user-defined zone information and user identification codes. The final three steps **308**-**312** of method **500** are the same as those of method **300**, including conveying object location event information to computing devices based upon user identification codes. The event information under this embodiment however may or may be conveyed to those users with knowledge of the user-defined zone information access code. As such, in relation to the example scenario of FIG. **2**, the method **500** enables the user (i.e., the mother) to associate a GPS device with her daughter's vehicle, to define three user-defined zones, and to define object location events associated with the three user-defined zones causing, upon the occurrence of the object location events, emails to the sent to the mother and her PDA to beep. By also associating user-defined zone information access codes with the three defined user-defined zones, the mother also enables the user-defined zone information to be conveyed to another user with knowledge of the access code, such as the father of the daughter.

In a further embodiment, steps **402** and **404** of method **400** could also be used with method **500**, whereby the user (i.e., the mother) also associates an object location access code with the object location information such that both the mother and father receive the object location information allowing both parents to see the icon indicating the position of the daughter's car in relation to the three user-defined zones. In an alternative embodiment, any user having access to the user-defined zone information is enabled to define an object location event relating object location information to the user-defined zone information. Thus, under one arrangement, only the user who defines a user-defined zone can define an object location event relating to the user-defined zone, while under another arrangement, any user(s) having access to user-defined zone information can define an object location event relating to the corresponding user-defined zone.

FIG. **6** illustrates a fourth embodiment of a method of the invention where object location event information is conveyed to computing devices based upon an object location event information access code and user identification codes. Referring to FIG. **6**, a fourth embodiment of a method **600** of the invention consists of five steps **302**-**310** of the first method **300** along with two additional steps **602**, **604**. As with the first method **300**, the first four steps **302**, **304**, **306**, **308** of method **600** associate user identification codes with computing devices, associate a location information source with an object, define a user-defined zone, and define an object location event in terms of a relationship between object location information and user-defined zone information. With method **600**, however, step five **602** associates an object location event information access code with the object location event information relating to the object location event. After step six **310** determines the occurrence of an object location event, step seven **604** conveys object location event information to the computing devices based upon an access code for the object location event information and user identification codes. Thus, by using the object location event information access code, the mother could enable both parents to receive the object location event information corresponding to the object location events defined by the mother. In other words, both parents could receive emails indicating when the daughter entered or exited one of the three user-defined zones. In accordance with a preferred embodiment of the invention, the user that defines object location events can also associate access code for information that correspond to object location events. By also associating object location event information access codes with the defined object location events, the mother can enable the object location event information to be conveyed to another user with knowledge of such access code, such as the father of the daughter. Thus, with the method **600** in relation to the example of FIG. **2**, the father would receive the object location event information but may or may not receive object location information or user-defined zone information.

In an alternative arrangement, steps **502** and **504** of method **500** could also be used with method **600** whereby a user (e.g., the mother) also associates an access code with the user-defined zone information for conveyance to another user with knowledge of such access code (e.g., the father). Under such an alternative arrangement, the object location event can be defined by any user(s) having access to the user-defined zone information or only the user that defined the user-defined zone. In either case, only the user that defines an object location event can associate an object location event information access code with object location event information corresponding to the object location event.

FIG. **7** illustrates a fifth embodiment of a method of the invention where object location information is conveyed to computing devices based upon an object location information access code and user identification codes, user-defined zone information is conveyed to computing devices based upon a user-defined zone information access code and user identification codes, and object location event information is conveyed to computing devices based upon an object location event information access code and user identification codes. Referring to FIG. **7**, in the method **700**, the steps of method **600** are again used with the addition of the two steps **402**, **404** of method **400** and the two steps **502**, **504** of method **500**. With these additional four steps, when referring to the example of FIG. **2**, the mother could associate object location information access codes and user-defined zone information access codes with object location information and user-defined zone information, respectively, in such a way as to allow both parents to receive emails, beeps, and view the movement of the daughter's car using their respective PDAs.

In accordance with the present invention, an administrator of an information-sharing environment maintains a database of user information for those having access to the information-sharing environment. Such a database can be maintained on a central or distributed control station that may be a com-

pany's computer server or on an individual's personal computer. Information maintained for a user typically includes a user account name and password and a user identification code, and may include a variety of information about the user including the user's name, address, phone number(s), email address(s), company name, title, birth date, etc. A user may be given access privileges to certain classes of information based on the user's position or role within a company or family, a Government security clearance, and/or for other reasons deemed appropriate for a given information-sharing environment.

An administrator can define one or more groups to which a given user can be associated. Groups may be defined in accordance with an organizational structure or hierarchy. For example, an administrator for an information-sharing environment corresponding to a company may define groups for the various organizations within the company, such as legal, accounting, shipping, etc., and for groups of users not based on organization, such as executive, management, administrative, exempt employees, non-exempt employees, etc. After a group has been defined, the administrator can associate individual users with one or more of the defined groups. Similarly, a parent administering an information-sharing environment might define groups such as parents, teenagers, children, drivers, and so forth. Information maintained for a group typically includes a group name and group identification code, and may include a variety of information about the group including the group's address, phone number, email address, website, point-of-contact, etc. As such, a user may be associated with one or more groups defined by an administrator of an information-sharing environment.

In accordance with the present invention, any user can define a group, for example, a group of friends, a study group, etc. Information for such user-defined groups may be maintained in a central database or may be maintained on an individual user's computer. As such, knowledge of the defined group my be available to other users of an information-sharing environment or may be maintained solely for an individual user's benefit.

In accordance with the present invention, one or more location information sources can be associated with an object to provide object location information consisting of a one or more coordinates corresponding to one or more determined locations of the object within an established coordinate system. In accordance with the invention, one or more coordinate systems can be established by an administrator to describe object locations within an information-sharing environment. The coordinate system may be established to accommodate the coordinate system used by any suitable map service. A typical coordinate system is known as the latitude, longitude, and height system. Alternative coordinate systems include the Earth Centered, Earth Fixed Cartesian (ECEF X-Y-Z) coordinate system, Universal Transverse Mercator (UTM) coordinate system, Military Grid Reference System (MGRS), World Geographic Reference System (GEOREF), Universal Polar Stereographic projection (UPS), national grid systems, state plane coordinates, public land rectangular surveys, metes and bounds, etc. A coordinate system may also be established corresponding to a domain, for example, an office building or a shopping mall. Additionally, one or more users may define a coordinate system for example, making the location of a user's home or business or a user's own location the (0,0) reference point within an X-Y coordinate system. As such, computing devices used in accordance with the invention may include means for translating between coordinate systems. Coordinate systems may be based upon the location information source(s) used. For example, a GPS receiver location information source may be placed at a location, for example the entry door of a building, and its GPS location in latitude and longitude and height used as a (0,0,0) reference point for a coordinate system used inside the building along with a second location information source such as UWB system better suited for indoor operation. As such, one or more coordinate systems established by an administrator or by a user of an information-sharing environment can be used to provide object location information.

In accordance with the present invention, when a user associates multiple location information sources with an object, the user can determine whether or how the object location information is used (e.g., combined). In particular, the user can determine how handoffs are to occur between location information sources such as switching among available GPS satellites based on received signal strength or switching between a GPS and UWB system when a user goes indoors, which might be based on loss or degradation of a GPS signal. Handoff among location information sources can be based upon object location information.

In accordance with the present invention, a user that associates an information location source with an object can determine how often object location information is updated. Under one arrangement, the user can determine the rate at which object location information is provided. Under another arrangement, object location information may be provided by the location information source at a certain rate which the user may select as the appropriate update rate or the user may select to update object location information less often or to only maintain (or use) the current object location information. Depending on whether object location information is being logged (i.e., stored) and/or conveyed to other users, decisions concerning the update rate typically involve a tradeoff of available storage capabilities (e.g., in memory, to a physical storage media, etc.) versus granularity of stored object location information and resulting accuracy of its display on a map. For example, object location information stored in a log file once every 5 seconds would allow a more accurate display of the movement of a vehicle than object location information stored once per minute, but the once per 5 second update rate requires twelve times the storage space compared to the space required to store object location information once per minute. When only maintaining the current object location information, the same memory/storage location can be repeatedly rewritten. The selected update rate also determines how often the object location information can be conveyed to users. The user can also determine whether a time stamp is associated with each update to indicate the actual time that an object was at a given location.

As previously described, the user that associates an information location source with an object can also associate an object location information access code with the object location information provided by the information source and can thereby manage the conveying of the object location information to one or more users. As generally described above, an object location information access code can specify individual users or groups allowed access to the object location information, may specify a password a user must know to receive access to the object location information, and/or may include a clearance classification code. As such, the object location information access code determines which user(s) are conveyed the object location information.

In accordance with the present invention, a user that associates an information location source with an object can determine whether to store object location information in a log file, which can be played back. The storage of object location information to a log file may be the result of the occurrence of

a defined object location event. For example, a user could define two zones, a first object location event that starts logging object location information when an object exits the first zone, and a second object location event that ends the logging of object location information when the object enters the second zone, thereby allowing the movement of the object between the two zones to be reviewed at a later time. Alternatively, object location information may be provided by a simulation. For example, military officers could define battle plans based upon movement of personnel and equipment having location information sources into and out of defined zones and corresponding object location events. For training purposes, the movement of personnel and equipment could be produced by a simulation that inputs the object location information into the information sharing environment allowing the military officers to react by changing plans, defining new zones, new object location events, etc. Furthermore, object location information may by provided by emergency information sources, which might indicate the location of a fire, flood, earthquake, bridge out, etc. or by weather information sources, which might indicate the location of a severe thunderstorm, tornado, winter storm, hurricane, etc.

In accordance with the present invention, object location information and zone information is displayed on a map received from a map information source. In the example described previously in relation to FIG. **2**, a map from an Internet map service was used that shows the streets of the city of Huntsville, Ala. at an appropriate scale for illustrating the movement of the daughter among three locations in the city. Under one scenario, a user could zoom in or out from a street scale to a world scale. Generally, any electronic map can be used in accordance with the present invention as appropriate to meet the informational requirements of the users involved. Furthermore, multiple maps can be used allowing different levels of scale as appropriate for the requirements of the user(s) involved in the sharing of information. A world map might be used, for example, that enables the locations of ships traveling to and from user-defined zones associated with various ports around the world to be displayed. A map of an amusement park might be used by a family visiting the park. A map may correspond to the inside of a building such as an office building or a shopping mall. A map may correspond to a battlefield. As such, map information corresponding to a given electronic map would be accessible to the computing devices of the information sharing environment receiving object location information, zone information, and/or object location event information that is to be displayed on the map. However, certain types of devices may be included in the information sharing environment that do not have the ability to receive or display a map but that can receive useful object location information, zone information, and/or object location event information, nonetheless. For example, an expecting woman might define a zone around her hospital and an object location event causing her Blackberry to call her sister's cellular telephone when her car enters the zone telling her that she has safely arrived at the hospital to deliver her baby.

Various commonly used map display management techniques can be employed in accordance with the present invention. For instance, an automatic zoom level selection scheme may be established where the zoom level defaults to the closest in level that can display all user-defined zones. An automatic centering approach might set the center of the map to correspond to the location of a given object such as the current location of a user or to the average location of multiple objects. Icons can be set to flash to indicate movement or non-movement of an object. Colors of lines or areas indicating a zone may change when an object has entered or exited the zone. Such map display management techniques may be controllable by an administrator and/or by individual users. In accordance with the present invention, a user can define a user-defined zone on a map that can then be used to define an object location event relating object location information to user-defined zone information. A user-defined zone can be defined graphically using various techniques such as selecting a point and then dragging to another point to define either a rectangular shaped zone or a circular zone, drawing a zone by freehand to create a zone having an oddly shaped boundary, etc. As such, a user-defined zone has a boundary that can be specified in accordance with an established coordinate system. Typically user-defined zone information maintained for a user-defined zone includes a zone identification code and its boundary coordinates and may include a zone name, a zone security level, a zone danger level, etc. Generally, a user that defines a zone can associate zone information with the zone that can be conveyed to other users.

As stated above, a user that defines a zone can also associate a zone information access code with the user-defined zone information corresponding to the user-defined zone and can thereby manage the conveying of the user-defined zone information to one or more users. As generally described above, a user-defined zone information access code can specify individual users or groups allowed access to the user-defined zone information, may specify a password a user must know to receive access to the user-defined zone information, and/or may include a clearance classification code. As such, the user-defined zone information access code determines which user(s) are conveyed the user-defined zone information.

In accordance with the present invention, a user can define an object location event relating object location information to user-defined zone information. An object location event may be something that is to occur whenever a specific object enters and/or leaves a specific user-defined zone or an object location event may be something that is to occur whenever an object is or is not within a specified proximity of a user-defined zone. Under one aspect the invention, the occurrence of an object location event results in the conveyance of object location event information which includes object location information and user-defined zone information. Typically object location event information maintained for a defined object location event includes an object location event identification code and may include an object location event name, a time stamp, an object location event security level, an object location event danger level, etc. Generally, a user that defines an object location event can associate object location event information with the object location event that can be conveyed to other users. Under another aspect of the invention, the occurrence of an object location event results in performance of a function, including the control of a device such as a camera, motion sensor, garage door, web cam, lighting device, etc.

In accordance with the present invention, a user that defines an object location event can also associate an object location event information access code with the object location event information corresponding to the object location event and can thereby manage the conveying of the object location event information to one or more users. As generally described above, an object location event information access code can specify individual users or groups allowed access to the object location event information, may specify a password a user must know to receive access to the object location event information, and/or may include a clearance classification

code. As such, the object location event information access code determines which user(s) are conveyed the object location event information.

An important distinction exists between the user-defined zones and object location events of the present invention, and predefined zones (or domains) and predefined object location events that have previously been used in location-aware applications. Predefined zones are used to provide location-aware functionality in a useful but predetermined manner where users of computing devices within the information sharing environment do not define the domain(s) or the events that occur as objects enter or leave the domains. A predefined zone may be a house, a room, a business perimeter, or a predefined area within a much larger area. One or more events involving the location of objects relative to the predefined zone is predetermined. The user of the computing devices in prior art shared information environment participates but does not otherwise control or manage the conveyance of information, which has all been predetermined. For instance, an alarm condition may be set when a person carries an object having a non-deactivated RFID tag into a predefined zone about an exit to a store whereby the alarm condition causes a recorded warning message to play on a loudspeaker. A motion detector may detect a person walking through a predefined area near a building and turn on a light. Kiosks within a zoo may interact with individuals carrying tracking devices that enter predefined areas about the kiosks. A super mall, itself a domain, may be subdivided into its tenant stores or even departments within stores, each a separate domain, and customers carrying tracking devices may be offered specials as they move about the mall.

The user-defined zones of the present invention can be defined by any user of the information sharing environment. User-defined zones can be used in conjunction with domains. For example, three teenage girls, each carrying a smart phone with a location information source, go to a mall where each of the three girls is a member of the mall's interactive shopping club. As they enter the mall, their smart phones automatically interface with the information sharing environment available within the mall. Their phones load the mall's map and begin to indicate their locations within the mall. The girls decide to split up and meet later at their favorite hangout spot within the mall, which is a sitting area near an escalator. One of them defines a user-defined zone on the mall's map corresponding to the sitting area and an object location event whereby the smart phones are sent an email and caused to beep when any of the girls enters the sitting area. They then split up to do some shopping. As they walk about the mall, they walk near kiosks that recognize their presence within predefined areas within the mall (via the smart phones) and the kiosks provide personalized specials such as, "Cindy. Your favorite pre-washed jeans are 30% off!" When one of the girls finishes shopping and goes to the sitting area, the other two girls are automatically emailed and their phones beep so that they know to go meet their friend at the sitting area. With this example, the user-defined zone (i.e., the sitting area) and the object location event (i.e., the emails/beeps) were not predefined as were the personalized specials provided by the kiosks as the girls walked into predefined zones.

Thus, a key distinction between the user-defined zones of the present invention and predefined zones of previous location-aware applications is that the occurrence of object location events and the management of the conveyance of object location event information is determined by the user of the computing device and not by someone else. Take for example, a traveling salesman who wants to make his day more efficient. In accordance with the present invention, prior to venturing out on the road, the salesman determines the nine sales calls he intends to make for the day and defines a user-defined zone about each sales call location. For each user-defined zone he defines object location events related to the location of his car and each zone. The time he enters or leaves each zone is to be recorded and, as he enters each zone, his PDA is to automatically receive the latest, up-to-the-minute customer information maintained by his sales office. For all but his last sales call he defines an object location event for when he leaves the corresponding zone to email his next sales call to let them know that he's en route to their business. The email sent when leaving his fourth call specifically mentions he'll be arriving in about one hour that is to include a lunch break. He also defines an object location event to email his wife letting her know the time when he leaves the zone corresponding to his last sales call thus allowing her to better plan her evening.

In accordance with the present invention, information packages can be associated with object location information, user-defined zone information, and/or object location event information where an information package may include a picture, movie, audio file, document, and/or data file. The information packages may include sensor information received from one or more sensors including those sensors that measure a characteristic of a physical environment, such as temperature, humidity, radioactivity, etc. and/or sensors that measure physical characteristics, such as heart rate, breathing rate, etc. At least one time stamp may be associated with an information package indicating the timing of the information included in the package, for example, the times when pictures were taken or sensor measurements were made. Under one arrangement, any user can associate an information package with object location information, user-defined zone information, and/or object location event information.

In accordance with the present invention, a user that associates an information package with object location information, user-defined zone information, and/or object location event information can also associate an information package access code with the information package and can thereby manage the conveying of the information package to one or more users. As generally described above, an information package access code can specify individual users or groups allowed access to the information package, may specify a password a user must know to receive access to the information package, and/or may include a clearance classification code. As such, the information package access code determines which user(s) are conveyed the information package.

Generally, the present invention enables any user of a multiple user computing environment to define object location events relating object location information to user-defined zones and to manage to conveyance of object location event information based on user identification codes. By also using access codes, multiple users can collaboratively define and manage events and manage the conveyance of corresponding object location information, user-defined zone information, and/or object location event information among computing devices. Moreover, the present invention provides a system and method for generating user-defined location aware applications. Described below are four examples of such user-defined location aware applications that are supported by the present invention.

Parole Officer Support

Parolees have associated with them a location information source. A parole officer can, on a case-by-case basis, identify good locations and bad locations for parolees and define

object location events for entering such good and bad locations causing him to be notified of a given parolee visiting the locations.

Pet Tracking

A pet has associated with it a location information source. The pet owner defines zones that the pet is supposed to stay in (e.g., a yard) and may define zones in which the pet is not allowed (e.g., a garden). An object location event for leaving the yard sends an email and phones the pet owner. An object location event for entering the garden might cause a siren to go off to scare the pet.

Child Tracking

A child has associated with it a location information source. A parent identifies zones in the neighborhood where the child is allowed to play and explicitly not allowed to play. Object location events are defined where the parent is emailed or otherwise notified as the child moves about the neighborhood.

Hiking

Several hikers have associated with them location information sources. The hiking trail as indicated on a map includes user-defined zones corresponding to key locations along the route. Object location events are defined such that each hiker receives an email on their smart phone whenever another hiker enters or exits a zone.

The present invention is implemented by a Location and Tracking software that executes on PDAs, telephones, and personal computers. The Location and Tracking software is used for tracking the location of a user whereby user location information is conveyed to contacts based upon the location of the user relative to one or more zones defined by the user. As such, user location information described below corresponds to object location information generally described above.

The Location and Tracking software is typically used in the LOCATION mode. This means that a GPS connection is active and a polling rate is set to periodically send location packets indicating the location of the user to a central database. If a user sets TRACKING to OFF, location packets only update the current location record. If TRACKING is set to ON, location packet are saved in individual records that can be displayed as a 'Mapped Track' on a user's PDA, Phone, or PC.

Current and prior user location information for one or more users can be conveyed to one or more users having access privileges to the user location information for display on the one or more users' computing device(s). The current position of a given user is indicated by a black square. As such, as the user moves, black squares indicate the current and past location of the user thereby showing the movement or path of the user.

Zones comprise geographic boundaries. If the GPS receiver indicates a user's location passes over a zone boundary, an exit or entry alert is issued. A notification is sent to one or more individuals as defined when the zone is created. Different types of zones can be created with each zone type causing different types of information to be conveyed when a user's location enters, exits, and/or is within a zone. Codes associated with the zones determine which users receive location information. As such, the codes associated with the zones correspond to the zone information access codes and object location event information access codes described generally above. Specifically, by sharing the Phone number and Code other users can 'load' the zone into their device and it will respond with alerts to the defined addressees thereby enabling group tracking and location management.

FIG. **8** illustrates an exemplary PDA Application Launch Screen **800** used to begin execution of the Location and Tracking software. Referring to FIG. **8**, a PDA application launch screen **800** typically includes various icons corresponding to programs available for execution such as the Location and Tracking software icon **802**. When a user selects the Location and Tracking software icon **802**, the Location and Tracking software is executed.

FIG. **9** illustrates an exemplary Main Screen **900** of the Location and Tracking software that appears when the software is launched. The Main Screen **900** is the primary screen from which additional screens of the software are accessed via the buttons labeled Maps, Contacts, GPS, Config, Groups, Camera, and Buttons. Main Screen **900** is also the screen to which the user of the software is returned when closing screens associated with the buttons. The Exit button ends execution of the software and returns the user to the Application Launch Screen **800**.

FIG. **10** illustrates an exemplary Configuration Screen **1000** of the Location and Tracking software used to manage information corresponding to the user of the PDA (or other computing device). The user of the program accesses the Configuration Screen **1000** by selecting the Config button of the Main Screen **900**. Configuration Screen **1000** provides fields for entering a user data access code, user phone number, log file name, and a user domain or IP address. The screen is also used to toggle logging on and off.

FIG. **11** illustrates an exemplary GPS Screen **1100** of the Location and Tracking software used to manage a GPS receiver that is associated with a user's PDA (or other computing device) via a Bluetooth connection. GPS Screen **1100** includes fields for displaying and controlling GPS device settings, a button for turning the Bluetooth connection on and off, a button for turning the GPS device on and off, and buttons for controlling whether real-time or simulated GPS data is conveyed. GPS Screen **1100** also includes Setup button **1102** used to launch the Tracking Setup Screen.

FIG. **12***a* illustrates an exemplary Tracking Setup Screen **1200** of the Location and Tracking software used to control the rate at which GPS information is polled, to examine GPS information records, and to turn on or off the TRACKING mode. Tracking Setup Screen **1200** includes Files button **1202** that is used to launch Log File Selection Screen **1204** that is used to select a log file. A log file can be written to and then later read, as controlled by the Use button, to cause a play back of GPS information.

FIG. **12***b* illustrates an exemplary Log File Selection Screen **1204** of the Location and Tracking software used to select a log file for storing GPS information. Log File Selection Screen **1024** provides a typical Open dialog window allowing a user to open a log file stored at any storage location to which the user (and the user's device) has access.

FIG. **13***a* illustrates an exemplary Map Screen **1300** of the Location and Tracking software used to display a map received from a map server. The Map Screen **1300** is used to request and locate a map using the current latitude and longitude of the user, to turn the TRACKING mode on or off, to display/edit data location records, to create zones, and to size the map. These various functions are controlled via a row of buttons **1302** at the bottom of Map Screen **1300**. The row of buttons **1302** is also displayed on the bottom of Data Screen **1304**, Zone Screen **1306**, Size Screen **1308**, and About Screen **1310**.

FIG. **13***b* illustrates an exemplary Data Screen **1304** of the Location and Tracking software used to manage conveyance of tracking and zone information to specific users based on access codes. It is accessed by selecting the Data button

included in the row of buttons **1302** displayed on the bottom of Data Screen **1304**, Zone Screen **1306**, Size Screen **1308**, and About Screen **1310**. Specifically, Data Screen **1304** is used to set access codes and to associate email addresses and phone alerts with zones.

FIG. **13***c* illustrates an exemplary Zone Screen **1306** of the Location and Tracking software used to define user-defined zones. It is accessed by selecting the Zone button included in the row of buttons **1302** displayed on the bottom of Data Screen **1304**, Zone Screen **1306**, Size Screen **1308**, and About Screen **1310**. The Zone Screen is used to define a zone and/or to load a zone defined by another user. A user can use the Zone Screen to control whether zone information is shared (i.e., made public) to other users and to control whether the TRACKING mode is on or off.

FIG. **13***d* illustrates an exemplary Size Screen **1308** of the Location and Tracking software used to manage the size and other characteristics of a displayed map. It is accessed by selecting the Size button included in the row of buttons **1302** displayed on the bottom of Data Screen **1304**, Zone Screen **1306**, Size Screen **1308**, and About Screen **1310**. The Size Screen **1308** is used to set the scale (or zoom) of the map, to turn on or off the display of zone boundaries, and to control auto centering of maps.

FIG. **13***e* illustrates an exemplary About Screen **1310** of the Location and Tracking software used to provide a notice concerning Tracking Privacy Issues, software version information, and copyright information. It is accessed by selecting the About button included in the row of buttons **1302** displayed on the bottom of Data Screen **1304**, Zone Screen **1306**, Size Screen **1308**, and About Screen **1310**.

The row of buttons **1302** displayed on the bottom of Data Screen **1304**, Zone Screen **1306**, Size Screen **1308**, and About Screen **1310** also includes a Close button that when selected returns the user to the Main Screen **900**.

FIG. **14** illustrates an exemplary Group Screen **1400** of the Location and Tracking software used to manage information corresponding to groups of contacts. The Group Screen **1400** is used to add or remove users from a stored 'buddy list' containing the user name, phone number and code for each 'buddy'. If a public zone is available it can be selected and loaded into the user's device. Users share access codes in order to share zones. As such, a user tells another user the access code needed to load a zone.

FIG. **15** illustrates an exemplary Contact Screen **1500** of the Location and Tracking software used to manage information corresponding to contacts (i.e., other users). The Contact Screen **1500** allows the user to populate information corresponding to contacts such as name and address information.

FIG. **16** illustrates an exemplary Camera Screen **1600** of the Location and Tracking software used to manage pictures associated with user location information. The Camera Screen **1600** is used to associate pictures and text with a user and to convey the picture information to other users. The pictures correspond to information packages described generally above, which could also include other forms of information. The Camera Screen **1600** could alternatively be a Device Screen that controlled multiple devices including cameras, motion sensors, garage doors, web cams, etc. and corresponding information as described previously. As described previously, picture or other information packages can be associated with zone information or event information.

FIG. **17** illustrates an exemplary Big Buttons Screen **1700** of the Location and Tracking software used to provide easy access to key application commands while walking or driving.

FIG. **18** illustrates an exemplary Map Viewer Web Page **1800** used for displaying maps and other information conveyed by the Location and Tracking software.

FIG. **19** illustrates an exemplary Contact Viewer Web Page **1900** used for displaying contact information conveyed by the Location and Tracking software.

FIG. **20** illustrates an exemplary web page-based display of a map **2000** overlaid with GPS tracking and zone information conveyed by the Location and Tracking software. In FIG. **20**, balloon icons labeled alphabetically that indicate logged locations of a user for which information is available. Also shown are two zones represented by rectangles. When a given balloon is selected, information is displayed, for example, as shown in the information box in the center of the map corresponding to the balloon labeled F. Similarly, information is displayed corresponding to either of the zones when either is selected.

FIG. **21** illustrates an exemplary web page for creation of zones **2100** that can be used with the Location and Tracking software. As shown in FIG. **21**, a zone is created by selecting a first point on a map indicated by a first balloon and dragging to another point on a map indicated by a second balloon where the two points correspond to opposite corners of a rectangle representing the user-defined zone boundary.

FIG. **22** illustrates an exemplary map displayed on a web page **2200** depicting logging of user location information while a user is within a zone and logging of user location information when a user enters or leaves a zone. As depicted in FIG. **22**, one type of zone **2202** provides user location information periodically while a user is within the zone. Another type of zone **2204** only provides user location information when the user enters or exits the zone.

FIG. **23** illustrates an exemplary map displayed on a web page **2300** depicting a picture associated with a location of a user. As shown in FIG. **23**, a balloon labeled F corresponds to a location of a user. An information package consisting of a picture that has been associated with the user's location is available as part of the information displayed when the balloon is selected. In the information window is a thumbnail of the picture which when selected displays the fully enlarged picture.

The Location and Tracking software described herein was provided as a example of the types of applications that are enabled by the present invention. While particular embodiments and several exemplary applications (or implementations) of the invention have been described, it will be understood, however, that the invention is not limited thereto, since modifications may be made by those skilled in the art, particularly in light of the foregoing teachings. It is, therefore, contemplated by the appended claims to cover any such modifications that incorporate those features or those improvements which embody the spirit and scope of the present invention.

What is claimed is:

**1**. A method for conveying information relating to objects among a plurality of users of a plurality of computing devices associated with user identification codes, including a first user identification code and a second user identification code and a third user identification code, the method comprising:

receiving a zone information from a computing device associated with the first user identification code, the zone information relating to a zone having at least one coordinate within a coordinate system;

associating an object location event information with the zone information, the object location event information being defined in terms of a condition based upon a relationship between the zone and a location of a moving

object associated with the second user identification code, the second identification code being different from the first user identification code, each location of the object having corresponding object location information;

associating an access code with at least one of the object location information, the zone information, or the object location event information, wherein the access code is based on the third user identification code, and wherein the third user identification code is different from the first and second user identification codes;

and

conveying at least one of the object location information, the zone information, or the object location event information to a computing device associated with the third user identification code based on said information access code.

**2**. The method of claim **1**, wherein the access code comprises a plurality of user identification codes including the third user identification code.

**3**. The method of claim **2**, wherein the access code includes the second user identification code, and wherein at least one of the object location information, the zone information, or the object location event information is conveyed to a computing device associated with the second user identification code based on the access code.

**4**. The method of claim **2** further comprising associating an administrator that specifies an access privilege to an authorized user associated with the first identification user code, said authorized user being selected from a group of users associated with the plurality of user identification codes, including the first user identification code, and granting access to the zone information and the object location event information based on the access privilege of the authorized user.

**5**. The method of claim **4** further comprising receiving a user log-in information from the authorized user before granting access to associate the access code with at least one of the object location information, the zone information, or the object location event information.

**6**. The method of claim **5**, wherein the user log-in information comprises an entered user-defined password.

**7**. The method of claim **2**, further comprising: associating the plurality of user identification codes with said plurality of users wherein at least one or more of the object location information, the zone information related, or the object location event information is conveyed to at least one of the plurality of users associated with the access code.

**8**. The method of claim **1**, wherein the first and second user identification codes comprise a plurality of user phone numbers.

**9**. The method of claim **1**, wherein the third user identification comprises at least one of a phone number or an e-mail address.

**10**. The method of claim **1**, wherein the access code associates the zone information with a zone information access code.

**11**. The method of claim **1**, wherein the access code associates the object location event information with an object location event access code.

**12**. The method of claim **1**, further comprising: associating at least one location information source with the object, the location information source determining the location of the object.

**13**. The method of claim **12**, wherein the at least one location information source comprises at least one of a Global Positioning System or a cellular positioning system.

**14**. The method of claim **12**, wherein the at least one location information source comprises an outdoor positioning system source and an indoor positioning system source.

**15**. The method of claim **12**, wherein the zone information comprises a boundary.

**16**. The method of claim **12**, wherein the at least one object location source comprises a video surveillance location system a.

**17**. The method of claim **1**, wherein at least one of the plurality of computing devices comprises a control station that receives sensor information from the object.

**18**. The method of claim **12**, wherein the at least one object location source comprises a simulation location information source.

**19**. The method of claim **12**, wherein the at least one object location source comprises a weather location information source.

**20**. The method of claim **2**, further comprising conveying at least one of the object location information or the zone information for display on a map associated with on one of the plurality of computing devices.

**21**. The method of claim **20** further comprising receiving map size information from a computing device and adjusting a map size.

**22**. The method of claim **2**, wherein the object location event information comprises a time associated with occurrence of the event and wherein said time is associated with a schedule.

**23**. The method of claim **15** further comprising displaying the boundary on a map.

**24**. The method of claim **1**, wherein the zone information comprises a range defining a boundary of the zone within an established coordinate system.

**25**. The method of claim **1** further comprising: associating an information package with at least one of the object location information, the zone information, or the object location event information.

**26**. The method of claim **25**, wherein the information package comprises a document associated with at least one of the object location information, the zone information, or the object location event information.

**27**. The method of claim **25**, wherein the information package comprises an image that is accessible based on an information package access code.

**28**. The method of claim **25**, wherein the information package comprises a data file associated with the object location event information, and wherein the object location event information comprises schedule information.

**29**. The method of claim **27**, wherein the image comprises a picture, and wherein at least one computing device comprises a camera.

**30**. The method of claim **25**, wherein the information package comprises at least one of a movie or an audio file.

**31**. A method for conveying information, comprising:

associating a first user identification code with a first user;

associating a second user identification code with a second user that is different from the first user;

associating one or more user identification codes with a privilege to receive an information update relating to an event, said one or more user identification codes including a third user identification code associated with a third user that is different from the first and second users;

receiving zone information and event information from a computing device associated with the first user identification code; said zone information comprising at least one coordinate within a defined coordinate system that is associated with a boundary; said event information com-

prising information about the event which occurs based on a relationship between the boundary and a location of a computing device that is associated with the second user;

receiving location information comprising the location of the computing device associated with the second user identification code; and

conveying said information update to a computing device associated with the third user identification code when the event occurs.

**32**. The method of **31**, wherein the first and second user identification codes correspond to first and second phone numbers associated with first and second mobile devices.

**33**. The method of **32**, wherein the third user identification code correspond to an e-mail address.

**34**. The method of **31**, wherein the boundary is fixed on a display of the computing device associated with the first user identification code.

**35**. The method of **31**, wherein the boundary is adjustable on a display of the computing device associated with the first user identification code.

**36**. A method for conveying information, comprising the steps of:

associating a first user identification code with a first user;

associating a second user identification code with a second user that is different from the first user;

associating one or more user identification codes with a privilege to receive an information update relating to an event, said one or more user identification codes including a third user identification code associated with a third user that is different from the first and second users;

associating a zone information with at least one coordinate within a defined coordinate system;

associating said zone information with a boundary;

associating an event information with an event that occurs based on a relationship defined by the first user relating the boundary to a received location information associated with the second user identification code; and

conveying said information update to a computing device associated with the third user identification code when the event occurs.

**37**. The method of claim **36**, wherein the first and second user identification codes correspond to first and second phone numbers associated with first and second mobile devices.

**38**. The method of claim **37**, wherein the third user identification codes correspond to an e-mail address.

**39**. A method for conveying information relating to objects among a plurality of users of a plurality of computing devices that are associated with corresponding user identification codes comprising:

associating a first user identification code with a zone-information, said zone information defining a zone having at least one coordinate on a coordinate system;

associating the first user identification code with an object location event information, said object location event information being defined in terms of an event that occurs based upon a relationship between the zone and a location of an object associated with a second user identification code;

associating the first user identification code with an information access code comprising one or more user identification codes including a third user identification code associated with at least one object location information access privilege; and

performing a function after the event occurs, said function relating to one or more computing devices associated with the one or more user identification codes.

**40**. The method of claim **39**, wherein the function comprises conveying the object location information the device to the one or more computing devices.

**41**. The method of claim **39**, wherein the function comprises conveying the zone information to the one or more computing devices.

**42**. The method of claim **39**, wherein the function comprises conveying the object location event information to the one or more computing devices.

**43**. The method of claim **39**, wherein the function comprises conveying the zone information and object location event information to the one or more computing devices.

**44**. The method of claim **39**, wherein the function comprises receiving sensor information from the device.

**45**. The method of claim **39**, further comprising associating a user group with the plurality of user identification codes specified by an administrator that specifies one or more authorized user identification codes associated with authorized users having access privileges to perform the function.

**46**. The method of claim **39**, wherein the object location information is received from a simulated object location information source.

**47**. The method of claim **39**, wherein the object location information is received from an emergency information source.

**48**. The method of claim **39**, wherein the object location information is received from a weather information source.

**49**. The method of claim **39**, further comprising associating at least one of the object location information, the zone information or event information with an information package.

**50**. The method of claim **49** further comprising associating an access code with the information package.

**51**. The method of claim **49**, wherein the information package comprises data associated with the object event location information, said object event location information including a schedule associated with the second user identification code.

**52**. A method for conveying information relating to objects among a plurality of users of a plurality of computing devices that are associated with corresponding user identification codes comprising:

associating a first user identification code with an object location event information that is generated upon occurrence of an event related to an object associated with a second user identification code that is different from the first user identification code, said event being defined based on a relationship between a location of the object and a zone;

granting access to the object location event information;

associating an access code with an access privilege to the object location event information after access is granted, said access code comprising one or more user identification codes, including a third user identification code that is different from the first and second user identification codes, and

conveying the object location event information to one or more computing devices associated with one or more user identification codes after the event occurs.

**53**. The method of claim **52**, wherein the zone has a boundary defined by one of a plurality of coordinates.

**54**. The method of claim **52**, wherein the zone has a coordinate and a range.

**55**. The method of claim **52** further comprising receiving a user log-in information before granting access to at least one of the object location information, the zone information, or the object location event information.

**56**. The method of claim **55**, wherein the user log-in information comprises a user defined password.

**57**. The method of claim **52** further comprising associating an administrator that specifies an access privileges to an authorized user identification code selected from the plurality of user identification codes, the plurality of user identification codes including a group of user identification codes that includes the first and second user identification codes, and granting access to the zone information and the object location event information based on the access privilege.

**58**. The method of claim **57** further comprising receiving a user defined password before granting access to the zone information and the object location event information.

**59**. The method of claim **52**, wherein the plurality of user identification codes comprise the first and second user identification codes, and wherein at least one or more information relating to the object's location is conveyed to at least one of the users associated with the first or the second user identification codes.

**60**. A method for conveying information among a plurality of computing devices associated with a plurality of users including a first user, a second user, and a third user, the method comprising:

associating an administrator that specifies an access privilege to the first user as an authorized user associated with a first user identification code selected from a group of users associated with a plurality of user identification codes including the first user identification code;

granting access to at least one of object location information, zone information or object location event information based on the access privilege of the authorized user;

defining a zone within a coordinate system, said zone having a coordinate within a defined coordinate system;

providing an interface to a computing device associated with the first user to define an object location event based upon a relationship between the zone and a location of a computing device associated with the second user, an occurrence of the object location event producing object location event information; and

conveying at least one of object location information, zone information or the object location event information to a computing device associated with the third user.

**61**. The method of claim **60**, wherein said zone comprises a boundary defined by one of a plurality of coordinates.

**62**. The method of claim **60**, wherein said zone comprises a boundary defined by a coordinate and a range.

* * * * *